

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ECCO 2018 TX1 AS ASSIGNEE OF ADVANTAGE ASSETS II, INC., | § | No. 08-19-00188-CV |
|  | § | Appeal from the |
| Appellant, | § | 109th District Court |
| V. | § | of Andrews County, Texas |
| ROBERT G. ALVIDREZ, | § | (TC# 21,538) |
| Appellee. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.